

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2014

No. 04-14-00180-CR

Leonardo **RIVAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-04-10954-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

We granted the State a ninety-day extension of time to file its brief. When we granted the extension, we advised the State that no further extensions would be granted absent written proof of extraordinary circumstances. Pursuant to the granting of the first extension, the State's brief was due November 24, 2014. The State has now filed a second motion for extension of time asking for an additional thirty days. After reviewing the motion, we find the State has demonstrated extraordinary circumstances exist, and we therefore **GRANT** the State's second motion for extension of time to file its brief. We ORDER the State to file its brief in this court **on or before December 23, 2014**. The State is advised that **NO FURTHER MOTIONS FOR EXTENSION OF TIME WILL BE GRANTED**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court